B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re __Tianna Jones_____
                    Debtor(s)

Case No. __13bk 39101__
Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70.25__ Check one  ☐ With the filing of the petition, or
                       ☒ On or before __November 4, 2013__

$ __70.25__ on or before __December 3, 2013__
$ __70.25__ on or before __January 2, 2014__
$ __70.25__ on or before __January 31, 2014__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __OCT 17 2013__

BY THE COURT

_____
United States Bankruptcy Judge